Michael J. Low (CA SBN 178517)
Debbie L. Yee (CA SBN 225602)
YOUNGMAN, ERICSSON & LOW, LLP
1981 No. Broadway, Suite 300
Walnut Creek, California 94596
(925) 930-6000
(925) 934-5377 fax

Attorneys for Plaintiffs
Stephen E. Roulac and O.D. Parkinson Roulac

KEVIN V. RYAN (California State Bar No. 119321)
United States Attorney
JAY R. WEILL (California State Bar No. 75434)
Assistant United States Attorney
Chief, Tax Division
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7017

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN E. ROULAC AND O.D. PARKINSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C 04-02671 JSW<br><br>**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER**<br><br>Time: 1:30 p.m.<br>Date: June 24, 2005<br>Courtroom: 17 (Hon. Jeffrey S. White) |

The parties to the above-entitled action jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

**DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS**

1. The following progress or changes have occurred since the last case management statement filed by the parties: Plaintiffs and Defendant have submitted supplemental briefs to the court on the matter of the Defendant's motion for partial summary judgment and the motion is ready to be scheduled for supplemental oral argument.

Case 3:04-cv-02671-JSW   Document 34   Filed 06/21/05   Page 2 of 2
Case 3:04-cv-02671-JSW   Document 33   Filed 06/17/2005   Page 2 of 2
JUN-17-2005  15:43                                                              P.03/04

2. The parties request that supplemental oral argument on Defendant's motion and a further Case Management Conference be scheduled for one of the following dates: June 24, July 1, July 8, or July 22.

Dated: June 17, 2005          Respectfully submitted,

                              YOUNGMAN, ERICSSON & LOW, LLP

                              /s/ Michael J. Low
                              MICHAEL J. LOW
                              Attorney for Plaintiffs, Stephen E. Roulac and
                              O.D. Parkinson

Dated: June 17, 2005          Respectfully submitted,

                              KEVIN V. RYAN
                              United States Attorney

                              /s/ Jay R. Weill
                              JAY R. WEILL
                              Assistant United States Attorney
                              Chief, Tax Division

## SUPPLEMENTAL CASE MANAGEMENT ORDER

The Supplemental Case Management Statement and Proposed Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the Court orders as follows:

~~Further hearing on the Defendant's Motion for Partial Summary Judgment is set for 9:00 a.m. on _____, 2005.~~

~~A further Case Management Conference is set for _____ on _____, 2005.~~

The case management conference on June 24, 2005 is VACATED. The Court will set a hearing on the motion for summary judgment if necessary.

Dated: June 21, 2005          /s/ Jeffrey S. White
                              UNITED STATES
                              DISTRICT JUDGE

C 04-02671 JSW                      PAGE 2
SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT