UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ROULAC, et al., | Case No. C-04-2671 JSW |
| Plaintiff(s), | |
| v. | **JURY REFRESHMENT ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **Tuesday, March 7, 2006** , for the duration of the trial, at the expense of the United States. The trial will be held in Courtroom 2, 17 th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: February 27, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE